## BOSSHAM v. CAMERON, ET AL.

(Decided June 30, 1915.)

APPEAL from Limestone Chancery Court.

Heard before Hon. JAMES E. HORTON, JR.

WILLIAMS & ROBERTS, and PAUL HODGES, for appellant. J. G. RANKIN, SANDERS & THACH, FRED WALL, and W. R. WALKER, for appellee.

GARDNER, J.—This cause wjas reversed and rendered on the authority of *Hill v. Cameron, et al., infra,* 69 South. 636.

ANDERSON, C. J., MCCLELLAN and SAYRE, JJ., concur.